# UNITED STATES DISTRICT COURT
### FOR THE
## WESTERN DISTRICT OF TENNESSEE

FILED BY _cas_ D.C.

2005 AUG -8  AM 11: 32

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    Cr. No. 05-20281-D |
| | ) |
| RICKY HUGHES, | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Katrina U. Earley, Assistant U.S. Attorney applies to the  Court  for  a Writ to have Ricky Hughes, BKG #05104591, DOB 04-07-83, is now being  detained  in  the Shelby County Jail  appear before the Honorable S. Thomas Anderson on 10th, August, 2005, at 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 8th  day of August, 2005.

Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Ricky Hughes _____

appear before the S. Thomas Anderson at the date and time aforementioned.

ENTERED this ___ day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20281 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT