FILED BY ⎯⎯ D.C.

05 AUG 16 AM 8: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**UNITED STATES OF AMERICA**

-vs-

**RICKY HUGHES**

Case No. 2:05cr20281-D

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial.

The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

### DIRECTIONS REGARDING DETENTION

RICKY HUGHES is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. RICKY HUGHES shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date: August 15, 2005

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20281 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT