IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.          Criminal No. 05-20281-D

RICKY HUGHES,

  Defendant.

## MOTION TO CONTINUE

Comes now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Katrina U. Earley, and would respectfully move this Honorable Court to continue the suppression hearing in this matter scheduled for December 9, 2005. In support of this motion, the Government states the following:

1. The undersigned has three trials scheduled for the December trial rotation docket. Two of these trials are scheduled for the week of December 5, 2005.

2. Based upon this trial schedule, the undersigned needs additional time to prepare for the suppression hearing.

3. In accordance with local rules, the undersigned has conferred with Mr. Ned Germany, Attorney for the Defendant, who has no objection to this motion.

Based on the foregoing, the United States respectfully requests that this matter be rescheduled to date in January.

**MOTION GRANTED**
DATE: 12-5-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

Respectfully submitted,

LAWRENCE LAURENZI
Acting United States Attorney

By: /s/ Katrina U. Earley
Katrina U. Earley
Assistant United States Attorney
167 No. Main, Suite 800
Memphis, TN 38103
(901) 544-6742
(BPR# 019367)

## CERTIFICATE OF SERVICE

I, Katrina U. Earley, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a true and exact copy of the foregoing MOTION will be mailed to Mr. Ned Germany, Attorney for the defendant, 200 Jefferson, Suite 200, Memphis, Tennessee 38103.

This 5th day of December, 2005.

/s/ Katrina U. Earley
Katrina U. Earley

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20281 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT