IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 05-20281-D |
| vs. | ) | |
| | ) | |
| RICKY HUGHES, | ) | 18 U.S.C. § 922(g) |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND TIME

It is hereby ORDERED that the Government's motion to extend time to file response to motion to suppress is hereby GRANTED, and the Government has until _January 6, 2006_ to file said memorandum.

_____
UNITED STATES DISTRICT JUDGE

DATE: _12/21/2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/23/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20281 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT